IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

JAMES CURRY, JR.     PLAINTIFFS

v.     CIVIL ACTION NO. 1:20-cv-00169-GHD-DAS

NORTH MISSISSIPPI MEDICAL DEPARTMENT, P.A.     DEFENDANT

ORDER OF RECUSAL AND TRANSFER

The undersigned hereby RECUSES himself from further participation in this cause. This case in its entirety is hereby transferred to U.S. District Judge Sharion Aycock.

SO ORDERED, this, the 18th day of August, 2020.

_____
SENIOR U.S. DISTRICT JUDGE